# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133212
133213

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUDY A. LONG, Personal Representative
of the Estate of James E. Long, Deceased,
            Plaintiff-Appellee,

v

DR. FOLAYAN GOODSON, HENRY
FORD MEDICAL CENTER, HENRY
FORD HEALTH SYSTEM, BOTSFORD
GENERAL HOSPITAL, DANIEL L.
RICHARDSON, D.O., DR. PENNINGTON,
ROBERT BRECKENFELD, D.O., ANDREW
HANS RIKKERS, DR. MAUREEN
NELSON, DR. JENNINGS, and
SANFORD SKLAR,
            Defendants,

and

EARL T. HECKER, D.O.,
            Defendant-Appellant.
_____/

SC: 133212-133213
COA: 261049, 261051
Wayne CC: 03-330994-NH

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

l0521